"3. In what amount, if anything, are the defendants indebted to the plaintiff on the $800 note sued on? Answer: ........."

The issues submitted were those properly raised by the pleadings, and in accordance with the former decision in this case.

From a careful inspection of the record, we can find no prejudicial or reversible error. The jury having found the issues in favor of the plaintiff, and the question being one of fact, we find

No error.

STACY, C. J., and VARSER, J., took no part in the consideration or decision of the case.

---

## THE MOTOR COMPANY v. EARLY MARION.

(Filed 8 April, 1925.)

APPEAL by defendants from *Schenck, J.,* February Term, 1925, of FORSYTH.

*Hastings, Boone & Dubose for plaintiff.*
*Holton & Holton and T. W. Kallam for defendant.*

PER CURIAM. This case was heard in the Superior Court of Forsyth County, upon appeal from the Forsyth County Court. Defendant's exceptions to the rulings of the county court were overruled, and he appealed to this Court.

Upon examination of the entire record, it appears that the rulings of the Superior Court were, in all respects, in accordance with law;

Therefore, let the judgment of the Superior Court of Forsyth County be

Affirmed.

---

## ROBT. A. JARRELL v. EDNA COTTON MILLS.

(Filed 15 April, 1925.)

APPEAL by plaintiff from *McElroy, J.,* February Term, 1925, of GUILFORD.

*R. T. Stiers and R. C. Strudwick for plaintiff.*
*P. W. Glidewell and King, Sapp & King for defendant.*

OSBORNE *v.* BUNDY; SOLOMON *v.* KOONTZ.

PER CURIAM. After hearing the' arguments of counsel, and from a careful reading of the record and briefs in this case and examination of the authorities in this jurisdiction, we are of the opinion that the instant case is governed by the principles of law laid down in *Butler v. Mfg. Co.,* 182 N. C., p. 547.

The judgment of the court below is
Affirmed.

---

CECIL OSBORNE, BY HIS NEXT FRIEND, D. E. OSBORNE v. C. V. BUNDY.

(Filed 15 April, 1925.)

APPEAL by plaintiff from *McElroy, J.,* at January Term, 1925, of GUILFORD.

*Wilson & Frazier for plaintiff.*
*Peacock, Dalton & Lyon and King, Sapp & King for defendant.*

PER CURIAM. The defendant is engaged in the mercantile business at Oakdale Cotton Mills and operates a Ford car for the delivery of packages, and is sued for personal injury alleged to have been caused by the negligence of his driver. An inspection of the record reveals no sufficient evidence of actionable negligence, and for this reason the judgment is
Affirmed.

---

GEORGE SOLOMON v. J. A. KOONTZ, TRADING AS LIBERTY TAILORS.

(Filed 15 April, 1925.)

Negligence—Evidence.

In this action to recover damages for the negligent injury to plaintiff's hand caused by a burn, the defendant's objection to the explanation of the plaintiff that he had kept his hand tied up to keep people from worrying him, is untenable.

APPEAL by defendant from *McElroy, J.,* at November Term, 1924, of FORSYTH.

Civil action to recover damages for personal injuries. Plaintiff was employed by defendant as a cleaner and presser of clothes. While engaged in the performance of his duties as such employee, plaintiff was burned about the face and hands by the sudden ignition of gas and